# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**KWAITEL JACKSON**                                                                                      **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 4:18-cv-00181-SA-JMV**

**CITY OF LELAND, LELAND POLICE DEPARTMENT, MAYOR KENNY THOMAS,**
Individually and in his Official Capacity, **CHIEF BILLY BARBER,** Individually and in
His Official Capacity, **OFFICER COREY WEATHERSPOON,** Individually and in
His Official Capacity, and **DEFENDANTS A-D**                **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand... will stay the attorney conference and disclosure requirements and all discovery **not relevant to the remand**… and will stay the parties' obligation to make disclosures pending the court's ruling on the motion..." L.U. Civ. R. 16(b)(1)(B) (emphasis added). Because the plaintiff has moved to remand this case to state court [19], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** as aforesaid pending a ruling on the motion to remand. Should the parties desire to undertake remand related discovery they should first contact the court for scheduling of same so within seven (7) days hereof, setting forth the type and scope of such discovery and an estimated time frame for constructing it. If any party objects to the motion for discovery, it shall file its objection within four (4) days following service of the motion for immunity-related discovery. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand and shall submit a proposed order lifting the stay.

**SO ORDERED** this, Friday, September 28, 2018.

                                                         /s/ Jane M. Virden
                                                  **UNITED STATES MAGISTRATE JUDGE**