IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KWAITEL JACKSON            PLAINTIFF

V.            CIVIL ACTION NO. 4:18-CV-181-SA-JMV

CITY OF LELAND, LELAND POLICE DEPARTMENT,
MAYOR KENNY THOMAS, CHIEF BILLY BARBER, and
OFFICER CORY WEATHERSPOON            DEFENDANTS

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Orders [14] and [20], staying this case pending a ruling on dispositive motions. *See* Docket Numbers 6, 8, 10, and 19. The District Judge has now ruled on each dispositive motion. *See* Docket Number 26. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

**SO ORDERED**, this April 30, 2019.

                                        /s/ Jane M. Virden
                                        **UNITED STATES MAGISTRATE JUDGE**