IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KWAITEL JACKSON**                                                            **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO.: 4:18-cv-00181-SA-JMV**

**CITY OF LELAND, LELAND POLICE
DEPARTMENT, MAYOR KENNY THOMAS,**
Individually and in his Official Capacity,
**CHIEF BILLY BARBER,** Individually and in
His Official Capacity, **OFFICER COREY
WEATHERSPOON,** Individually and in
His Official Capacity, and **DEFENDANTS
ROBERT L. COMBS,** in His Individual and
Official Capacity and **KAYLAN M. JAMES,**
in His Individual and Official Capacity                **DEFENDANTS**

## RESPONSE TO MOTION TO DISMISS

COMES NOW, Plaintiff, Kwaitel Jackson, by and through counsel, and files this his response to Defendants' motion to dismiss [Doc.#34] and in support hereof would show the following, to-wit:

1. That Plaintiff has no objection to Court granting the relief requested by Defendants in said motion. [Doc.#34].

2. Plaintiff objection to Defendants reservation of rights pertaining to the issued of qualified immunity and requests that Defendants be required to file a motion asserting qualified immunity within a reasonable time set by this Court.

RESPECTFULLY SUBMITTED, this the ___17th___ day of June, 2019.

  /s/ ASHLEY N. HARRIS
ASHLEY N. HARRIS, MSB #104621
The Law Office of Ashley N. Harris, PLLC
Post Office Box 461
Leland, Mississippi 38756
Telephone: (662) P: 662-580-5161
Email: ashleyharrisesq@gmail.com


/s/ WILLIE GRIFFIN
WILLIE GRIFFIN, MS BAR # 5022
Bailey & Griffin, P. A.
Post Office Box 189
Greenville, MS  38702-0189
Telephone: (662) 335-1966
Email: wgriffinlawyer@aol.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I, Willie Griffin, attorney for Plaintiff, do hereby certify that I have this day, filed electronic the foregoing with the Clerk of Court by using the EFC system, which sent notification of such filing to the following:

Daniel J. Griffith, Esq.
Mary McKay Griffith, Esq.
Jacks Griffith Luciano, P. A.
P.O. Box 1209
Cleveland, MS 38751

Wilton V. Byars, III
Tiffany N. Carey
Daneil Coker Horton & Bell, P. A.
P.O. Box 1396
Oxford, MS 38655-1396

**CERTIFIED,** this the  17th  day of June, 2019.

/s/ WILLIE GRIFFIN
WILLIE GRIFFIN