IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KWAITEL JACKSON                                                                                          PLAINTIFF

V.                                                                          CIVIL ACTION NO. 4:18cv181-SA-JMV

CITY OF LELAND, LELAND POLICE DEPARTMENT;
MAYOR KENNY THOMAS, Individually and in his Official
Capacity; CHIEF BILLY BARBER, Individually and in his
Official Capacity; OFFICER COREY WEATHERSPOON,
Individually and in his Official Capacity, and
DEFENDANTS A-D                                                                                        DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Pursuant to local rule 16(b)((3)(B), "a motion asserting an immunity defense …stays the attorney conference and disclosure requirements and all discovery, pending a ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion …[is a decision] committed to the discretion of the court, upon a motion by any party seeking relief." L.U.Civ.R. 16 (b)(3)(B).

Defendant Officer Weatherspoon has filed a motion for qualified immunity and summary judgment. [Doc. # 56]. Accordingly, staying discovery in this case is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Officer Weatherspoon shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 4th day of November, 2019.

                                                      /s/ Jane M. Virden
                                                      UNITED STATES MAGISTRATE JUDGE